JUAN EASON # 174879

M.W.C.I.-J-21

1153 EAST STREET SOUTH

SUFIELD, CT 06080

PLAINTIFF, PRO SE

United States District Court
District of Connecticut
FILED AT  BRIDGEPORT
9/2  20 16
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUAN EASON | : | |
| PLAINTIFF | : | CASE NO. 3:16CV1497(VLB) |
| | : | |
| VS. | : | CIVIL RIGHTS COMPLAINT |
| UNIVERSITY OF CONNECTICUT | : | [ 1983 ] |
| HEALTH CENTER CORRECTIONAL | : | |
| MANAGED HEALTH CARE | : | |
| ORTHOPEDICS DOCTOR MAZZOCCA | : | TRIAL BY JURY DEMANDED |
| " ET AL " SUED IN THEIR | : | |
| INDIVIDUAL AND OFFICIAL | : | |
| CAPACITIES | : | |
| DEFENDANTS | : | |
| | : | |

CIVIL RIGHTS COMPLAINT   [ 1983 ]

COMES NOW, JUAN EASON # 174879 PLAINTIFF PRO SE, WHO PRESENTS THE FOLLOWING CIVIL-RIGHTS COMPLAINT AND CLAIM FOR COMPENSATORY, DECLARATORY, INJUNCTIVE RELIEF AS FOLLOWS.

## I. INTRODUCTION

1.) THIS ACTION PLACES BEFORE THE COURT A LAWSUIT INVOLVING THE ADMINISTRATION OF THE UNIVERSITY OF CONNECTICUT HEALTH CENTER CORRECTIONAL MANAGED HEALTH CARE. THE PRIVATE MEDICAL PRACTITIONER CONTRACTED WITH THE STATE OF CONNECTICUT TO PROVIDE MACDOUGALL CORRECTIONAL INSTITUTION INMATES WITH MEDICAL CARE.

2.) THIS COMPLAINT ALLEGES THAT ADEQUATE MEDICAL CARE HAS BEEN AND IS BEING REFUSED TO PLAINTIFF BY THE UNIVERSITY OF CONNECTICUT HEALTH CENTER CORRECTIONAL MANAGED HEALTH CARE.

## II. PARTIES

PLAINTIFF ;

3.) JUAN EASON # 174879 (" PLAINTIFF " ) IS PRESENTLY SERVING A CRIMINAL SENTENCE IN THE CUSTODY OF THE CONNECTICUT DEPARTMENT OF CORRECTIONS. AT ALL TIMES RELEVANT TO THIS ACTION PLAINTIFF WAS/IS HOUSED AT MACDOUGALL CORRECTIONS, 1153 EAST STREET SOUTH, SUFFIELD, CT 06080, WHERE HE CURRENTLY RESIDES.

DEFENDANTS ;

4.) DEFENDANT MAZZOCCA ( DOCTOR MAZZOCCA ) AT ALL TIMES RELEVANT TO THIS ACTION WAS/IS EMPLOYED AS THE ORTHOPEDICS DOCTOR OF MACDOUGALL CORRECTIONS 1153 EAST STREET SOUTH, SUFFIELD, CT 06080. CHARGED WITH THE CARE OF PLAINTIFF. AT ALL TIMES RELEVANT TO THIS COMPLAINT, DOCTOR MAZZOCCA ACTED UNDER THE COLOR OF STATE

CIVIL RIGHTS COMPLAINT [ 1983 ]

LAW. HE IS HEREBY SUED IN HIS INDIVIDUAL AS WELL AS OFFICIAL CAPACITY, JOINTLY AND SEVERALLY, FOR THOSE ACTS AND OMISSIONS DESCRIBED FULLY BELOW.

5.) DEFENDANT UNIVERSITY OF CONNECTICUT HEALTH CENTER CORRECTIONAL MANAGED HEALTH CARE " ET AL ". AT ALL TIMES RELEVANT TO THIS ACTION WAS/IS THE CONTRACTED PROVIDER OF MEDICAL CARE TO THE INMATES OF MACDOUGALL CORRECTIONS 1153 EAST STREET SOUTH, SUFFIELD, CT 06080, CHARGED WITH THE DUTY OF PROVIDING PROFESSIONAL MEDICAL SERVICE OF GENERAL PRACTITIONER TO THE INMATE POPULATION AT ALL TIMES RELEVANT TO THIS COMPLAINT, CORRECTIONAL MANAGED HEALTH CARE " ET AL " ACTED UNDER THE COLOR OF STATE LAW. HE/SHE/THEY IS HEREBY SUED IN THEIR INDIVIDUAL AS WELL AS OFFICIAL CAPACITY. JOINTLY AND SEVERALLY, FOR THOSE ACTS AND OMISSIONS DESCRIBED FULLY BELOW.

### III. JURISDICTION AND VENUE

6.) JURISDICTION IS ASSERTED TO THE UNITED STATES CONSTITUTION AND 42 U.S.C 1983, TO REDRESS THE DEPRIVATION OF THOSE RIGHTS SECURED BY THE UNITED STATES CONSTITUTION, DEPRIVED BY PERSONS ACTING UNDER COLOR OF STATE LAW. THE COURT HAS JURISDICTION OVER THESE MATTERS PURSUANT TO 28 U.S.C. 1131, 1343 (a)(3).

7.) PLAINTIFFS CLAIM FOR INJUNCTIVE RELIEF IS AUTHORIZED PURSUANT TO 28 U.S.C. 2283, 2284.

CIVIL RIGHTS COMPLAINT [ 1983 ]

8.) UNITED STATES DISTRICT COURT OF CONNECTICUT IN THE COUNTY OF FAIRFIELD, CITY OF BRIDEPORT, IS THE APPROPRIATE VENUE FOR TRIAL PURSUANT TO 28 U.S.C. 1391 (b) (2) ; THE COUNTY OF HARTFORD IS WHERE THE EVENTS COMPLAINED OF HAVE OCCURRED.

## IV. PREVIOUS LAWSUITS

9.) PLAINTIFF HAS NEVER BEFORE FILED A CIVIL SUIT, NOR HAS THERE BEEN PREVIOUS LITIGATION REGARDING ANY OF THE ISSUES DESCRIBED IN THIS COMPLAINT.

## V. STATEMENT OF FACTS

10.) PLAINTIFF WROTE A REQUEST ON OR ABOUT THE FIRST DAY OF MARCH 2015 TO MEDICAL COMPLAINING OF SWELLING AND PAIN OF THE LEFT KNEE.

11.) PLAINTIFF WROTE REQUEST TO MEDICAL ON THE 15TH DAY OF MARCH 2015 ASKING ABOUT THE PRESCRIBED PAIN MEDICATION IBUPROFEN 800MG THAT WAS FOR PAIN AND SWELLING.

12.) PLAINTIFF WROTE A REQUEST TO MEDICAL STAFF ON THE 30TH DAY OF MARCH 2015 ASKING ABOUT THE PAIN MEDICATION THAT WAS REQUESTED, 15 DAYS PRIOR TO THIS REQUEST BEING WRITTEN.

13.) PLAINTIFF WAS SEEN BY FACILITY PHYSICIANS ASSISTANT THERE WAS A RECOMMENDATION MADE BY HE/SHE FOR THE PLAINTIFF TO HAVE SOME X-RAYS DONE ON THE LEFT KNEE AND POSSIBLY SOME STEROID SHOTS IN THE LEFT KNEE, THIS VISIT WAS ON APRIL 28, 2015.

14.) PLAINTIFF WROTE A REQUEST TO MEDICAL ON THE 5TH DAY OF MAY 2015, ASKING TO BE SEEN BY THE DOCTOR FOR THE PAIN AND SWELLING OF THE KNEES, DUE TO THE STOPPAGE OF THE PAIN MEDICATION IBUPROFEN 800MG.

CIVIL RIGHTS COMPLAINT [ 1983 ]

15.) PLAINTIFF WROTE A REQUEST TO MEDICAL ON THE 13TH DAY OF MAY STILL ASKING FOR THE PAIN MEDICATION FOR THE KNEES, I WAS GETTING NOWHERE, I EVEN SHOWED PREVIOUS REQUESTS TO MEDICAL STAFF, STILL NO MEDICATION.

16.) PLAINTIFF WAS SEEN ON THE 2ND DAY OF JUNE 2015 BY FACILITY DOCTOR FOR KNEE PAIN AND WAS APPROVED FOR A VISIT TO THE ON-SITE ORTHOPEDIC CLINIC.

17.) PLAINTIFF WAS SEEN ON THE 17TH DAY OF JUNE 2015, BY ORTHOPEDICS SPECIALIST DOCTOR MAZZOCCA FOR A CONSULTATION OF THE LEFT KNEE, DIAGNOSIS-MUSCULOSKELETA ISSUE, DOCTOR REQUESTED, PLAINTIFF TO HAVE AN M.R.I. LEFT KNEE TO EVALUATE IF ORTHO SURGERY WOULD BE INDICATED.

18.) PLAINTIFF WAS TRANSPORTED TO THE UNIVERSITY OF CONNECTICUT CENTER OF CORRECTIONAL MANAGED HEALTH CARE FOR AN M.R.I. MAGNETIC RESONANCE IMAGING, FOR THE LEFT KNEE ON THE 7TH DAY OF AUGUST 2015.

19.) PLAINTIFF WAS CALLED TO MEDICAL DEPARTMENT BY ONE HOLLIE GOOD ON THE 1ST DAY OF SEPTEMBER 2015 TO READ THE REPORT OF THE M.R.I. FOR THE LEFT KNEE. FINDINGS : DEGENERATIVE POSTERIOR HORN OF MEDICAL MENISCUS TEAR, TRICOMPARTMENT DJD, MODERATE JOINT EFFUSION AND SMALL BAKERS CYST.

20.) PLAINTIFF WROTE A REQUEST ON THE 26TH DAY OF JANUARY 2016 TO THE HEALTH SERVICES ADMINISTRATOR MS. LIGHTNER ABOUT THE KNEE PAIN, THE MEDICATION, AND WHAT WAS GOING TO BE THE PLAN OF ACTION.

21.) PLAINTIFF RECEIVED A RESPONSE FROM MS. LIGHTNER ( H.S.A ) STATING THAT THE REPLACEMENT TEAM RECOMMENDED THAT NO SURGERY AT THIS TIME, FOLLOW-UP VISIT WOULD BE CONSIDERED IN ONE YEAR.

CIVIL RIGHTS COMPLAINT [ 1983 ]

22.) PLAINTIFF HAS WRITTEN A ADDITIONAL FIFTEEN REQUEST FORMS STARTING ON 2-4-2016 UNTIL THIS PRESENT DATE ASKING TO BE SEEN ABOUT THE SWELLING AND THE PAIN OF THE KNEES, ASKING FOR PAIN MEDICATION AND SOME KIND OF SOLUTION TO THIS DEBILITATING AND ULTIMATELY LIFE-CHANGING INJURY.

23.) BY THE ABSENCE OF ADEQUATE MEDICAL TREATMENT PLAINTIFFS KNEE INJURY AND OVERALL PHYSICAL CONDITION HAS DETERIORATED. WITH THE PHYSICAL PAIN AND INCAPACITY HAS COME A GENERAL LOSS OF LIFE'S AMENITIES AND PRIVILEGES. PLAINTIFF IS NOW UNABLE TO ATTEND RELIGIOUS SERVICES, OR EVEN GO OUTSIDE FOR FRSH AIR AND SUNSHINE. PLAINTIFF NOW SUCCUMBS TO SEVERE AND PROLONGED SPELLS OF DEPRESSION, WHILE AT THE SAME TIME SUFFERING FROM A PREVAILING AND DEEP-SEATED ANXIETY OVER HIS CONDITION, FUTURE, AND INABILITY TO DEFEND HIMSELF WITHIN THE HOSTILE PRISON ENVIRONMENT.

## VI. EXHAUSTION OF ADMINISTRATIVE REMEDIES

24.) PLAINTIFF HAS TIMELY EXHAUSTED ALL AVAILABLE ADMINISTRATIVE REMEDIES PRIOR TO FILING THIS COMPLAINT.

## VII. CAUSE OF ACTION

25.) DEFENDANTS UNIVERSITY OF CONNECTICUT HEALTH CENTER CORRECTIONAL MANAGED HEALTH CARE AND ORTHOPEDICS DOCOTR MAZZOCCA " ET AL " ACTED WITH DELIBERATE INDIFFERENCE TO PLAINTIFFS SERIOUS MEDICAL NEEDS, VIOLATING PLAINTIFFS RIGHTS, CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT OF THE UNITED STATES CONSITUTION.


CIVIL RIGHTS COMPLAINT [ 1983 ]

## VIII. PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER AN ORDER :

26.) ISSUING DECLARATORY RELIEF, DECLARING THAT THE ACTS AND OMISSIONS OF THE DEFENDANTS HAVE VIOLATED THE PLAINTIFFS RIGHTS, AND STATING THE DEFENDANTS DUTIES WITH RESPECT TO THOSE RIGHTS,

27.) ISSUING INJUNCTIVE RELIEF, COMMANDING DEFENDANTS TO :
1.) PROVIDING PLAINTIFF WITH ADEQUATE PAIN MEDICATION, AND TO,
2.) PROVIDING FOR, OR OTHERWISE FACILITATE ANY AND ALL SURGERIES AND PHYSICAL THERAPIES OF THE PLAINTIFFS KNEES NECESSARY TO REMEDY PLAINTIFFS MEDICAL CONDITION;

28.) AWARDING PLAINTIFF COMPENSATORY DAMAGES FOR THE UNNECESSARY DETERIORATION OF HIS PHYSICAL CONDITION AND CONSEQUENTIAL PAIN AND EMOTIONAL SUFFERING, IN AN AMOUNT AS YET TO BE DEDUCED FROM THE EVIDENCE, BUT IN NO EVENT IN AN AMOUNT LESS THAN 200.000.00 ; AND

29.) ANY OTHER RELIEF THAT THIS COURT MAY DEEM JUST AND PROPER.

30.) TRIAL BY JURY IS HEREBY DEMANDED ON ALL CLAIMS ALLEGED HEREIN AND THE PARTIES ARE HEREBY GIVEN NOTICE, PURSUANT TO FED. R. CIV. P. 38 (a) (c).

RESPECTFULLY SUBMITTED THIS 15TH DAY OF AUGUST 2016.

*Juan Eason*
JUAN EASON # 174879

CIVIL RIGHTS COMPLAINT [ 1983 ]

## IX. VERIFICATION

PURSUANT TO U.S.C. 1746. I. JUAN EASON, DECLARE AND VERIFY, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT I HAVE READ THE FOREGOING AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY BELIEF AND KNOWLEDGE.

DATED THIS 15TH DAY OF AUGUST 2016.

*Juan Eason*
JUAN EASON # 174879

CIVIL RIGHTS COMPLAINT [ 1983 ]